**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Lina Dou, Tingyang Shao, Yixuan Tao, Ziuqin Xing, Emmy Go, Yanming Wang, and Ying Yao, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>Carillon Tower/Chicago LP; Forefront EB-5 Fund (ICT) LLC; Tizi LLC d/b/a Local Government Regional Center of Minors; TD Bank NA.; Symmetry Property Development II LLC; Fordham Real Estate LLC; and Jeffrey L. Laytin,<br><br>Defendants. | Case No. 1:18-cv-07865<br><br>The Honorable Charles P. Kocoras |

## MOTION TO DISMISS COUNTS I, VII, AND IX OF PLAINTIFFS' COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Tizi, LLC ("Tizi") submits this Motion seeking dismissal of all claims asserted against it in this action (Counts I, VII, and IX), with prejudice. Tizi makes its Motion on the following grounds, to be discussed in detail in its Memorandum of Law in support of this Motion:

- Plaintiffs' fraud claim at Count VII must be dismissed because it flunks the standards prescribed by Federal Rule of Civil Procedure 9(b). Plaintiffs do not attribute any statements on "the web site" they claim misled them to any of the Defendants, nor do they otherwise distinguish who allegedly made or coordinated which statements.

- Plaintiffs' fraud claim at Count VII must also be dismissed because Plaintiffs do not allege when the claims were relied upon or when they were allegedly made, in addition to other basic pleading requirements.

- The PPM Plaintiffs entered into bars Count VII because it expressly warned against relying upon representations in making investment decisions outside of the four corners of the PPM.

- Tizi cannot be liable as a "control person" under Sections 20 of the Exchange Act because Plaintiffs do not plead any violations of Rule 10b underlying the alleged control person

liability. Further, Tizi is not a control person within the meaning of the Act, and although the standards and conduct are the same, Section 20(b) is not available to civil litigants and is only an SEC enforcement mechanism.

- Tizi cannot otherwise be liable on any other purported 10b violations because Plaintiffs do not meet the strictures of the Private Securities Litigation Reform Act. At best, Plaintiffs state a breach of contract claim dressed as a securities class action. Such efforts should not be countenanced.

- Plaintiffs' Count IX request for a third-party administrator is a legal remedy, not a legal claim. Plaintiffs cannot use it to anchor Tizi in an action it should not otherwise be in.

As further expounded upon in Tizi's Memorandum of Law, for the above reasons Tizi respectfully asks that the Court dismiss all claims against it with prejudice.

DATED: April 16, 2019

Respectfully submitted,

**Tizi, LLC**

By: */s/ León Rodríguez*
    One of its attorneys

    León Rodríguez (admitted *pro hac vice)*
    Colton D. Long
    SEYFARTH SHAW LLP
    233 South Wacker Drive, Suite 8000
    Chicago, Illinois 60606-6448
    Telephone: (312) 460-5000
    Facsimile: (312) 460-7000
    Email: lerodriguez@seyfarth.com
           clong@seyfarth.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on April 16, 2019, he caused the foregoing **MOTION TO DISMISS** to be filed with the Clerk of the Court via the Court's electronic case filing/ecf system which served a copy of the foregoing on all counsel of record, including counsel for Plaintiffs:

>Glen Joseph Dunn , Jr
>Glen J. Dunn & Associates
>221 N LaSalle St
>Suite 1414
>Chicago, IL 60601
>(312) 546-5056
>gdunn@gjdlaw.com


>Douglas Eliot Litowitz
>413 Locust Place
>Deerfield, IL 60015
>(312) 622-2848
>litowitz@gmail.com

>>> */s/ León Rodríguez*
>>> Attorney for Tizi, LLC