# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Lina Dou, et al.

                                    Plaintiff,

v.                                                                  Case No.: 1:18−cv−07865
                                                                                 Honorable Charles P. Kocoras

Carillon Tower/Chicago LP, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 17, 2019:

      MINUTE entry before the Honorable Charles P. Kocoras: Motion to withdraw as counsel [115] is granted. Motion hearing set for 6/18/2019 is stricken, no appearance is required. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.