**Undisputed Legal Inc.**  
590 Madison Ave 21st floor  
New York, NY 10022

INVOICE: 4668082  
Issued: Jul 7, 2020

**LAW OFFICES OF DOUGLAS LITOWITZ**  
NO CONTACT  
413 Locust Pl  
Deerfield, IL 60015

PAY TO:  
**Undisputed Legal Inc.**  
590 Madison Ave 21st floor  
New York, NY 10022

| Case: | 18-CV-07865 | Plaintiff / Petitioner: | LINA DOU TINGYANG SHAO, et al. |
|---|---|---|---|
| Job: | 4668082 | Defendant / Respondent: | CARILLON TOWER/CHICAGO LP, SYMMETRY PROPERTY DEVELOPMENT II LLC, FOREFRONT EB-5 FUND (ICT) LLC, anD JEFFREY LAYTIN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| RUSH | WATERBRIDGE CAPITAL LLC | $200.00 | 1 | $200.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Jul 7, 2020 | | ($200.00) |

Thanks for your business. Please pay the "Balance Due" within 10 days.

Total: $200.00  
Amount Paid: ($200.00)  
**Balance Due: $0.00**

Undisputed Legal Inc. • 590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001 • Email: info@undisputedlegal.com • Visit: undisputedlegal.com

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Plaintiff / Petitioner:**
LINA DOU TINGYANG SHAO, et al.

**Defendant / Respondent:**
CARILLON TOWER/CHICAGO LP, SYMMETRY PROPERTY DEVELOPMENT II LLC, FOREFRONT EB-5 FUND (ICT) LLC, anD JEFFREY LAYTIN

**AFFIDAVIT OF SERVICE**

Index No:
18-CV-07865

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 590 Madison Ave 21st floor, New York, NY 10022 . That on Mon, Jul 13 2020 AT 11:20 AM AT 115 W. 18TH STREET FLOOR 2, NEW YORK, NY 10011 deponent served the within SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; FEDERAL RULE OF CIVIL PROCEDURE; SUBPOENA FOR DOCUMENT PRODUCTION TO NON PARTY; FINANCING AGREEMENT on WATERBRIDGE CAPITAL LLC

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporation:** WATERBRIDGE CAPITAL LLC a defendant, therein named, by delivering a true copy of each to PATRICK "DOE" personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be authorized to accept thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
- [ ] **Non-Service:**
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of NY, in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of NY, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
Jul 13, 2020, 11:20 am EDT at 115 W. 18TH STREET FLOOR 2, NEW YORK, NY 10011 received by PATRICK "DOE".
Refused last name, stated he is authorized to accept.

**Description:**
Age: 40    Skin color: African American    Gender: Male    Weight: 250
Height: 6'4"    Hair: Bald    Relationship: ____
Other ____

Sworn to before me on JUL 1 4 2020

JUL 1 4 2020

Michael Gorman
1381333

Notary Public

BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2022