Gmail - PLEASE FORWARD TO GENERAL COUNSEL OR COO; CASE # 18-CV-0865 (ND ILL) — 8/8/20, 1:10 PM

 Dlitowit <litowitz@gmail.com>

# PLEASE FORWARD TO GENERAL COUNSEL OR COO; CASE # 18-CV-0865 (ND ILL)

2 messages

**Dlitowit .** <litowitz@gmail.com>  Fri, Jul 3, 2020 at 7:50 PM
To: info@waterbridge.com

Hello,

My name is Douglas Litowitz, I represent a class of 88 Chinese investors in a lawsuit in federal court in Illinois against Carillon Tower/Chicago LP, Symmetry Property Owner II LLC, Jeffrey Laytin, and related parties. The PACER number is above.

Here is a link to one of many news articles, or you can google it yourself: https://www.loopnorth.com/news/investors1226.htm

**In discovery, the defendants disclosed a Financing Agreement from 2015, that lists Waterbridge as Guarantor for a $44 million loan from Carillon Tower/Chicago LP. See attached screen shot.**

We have not seen a signature page with Waterbridge's name on it.

We are hoping you can shed some light on this, as it is a high profile case and otherwise I will ask for production by subpoena.

Can you have your lawyer or COO call me?

Best,

Douglas Litowitz
312-622-2848



**Screen Shot 2020-07-03 at 7.47.42 PM.png**
2391K

**Dlitowit** <litowitz@gmail.com>  Sat, Aug 8, 2020 at 1:04 PM
To: Vicki <vickiichen@hotmail.com>

[Quoted text hidden]


**Screen Shot 2020-07-03 at 7.47.42 PM.png**
2391K