Dlitowit <litowitz@gmail.com>

## RE: Subpoena for Waterbridge ND IL 18-cv-07865
2 messages

**HARRY SHAPIRO** <yerucham@aol.com>     Thu, Aug 6, 2020 at 11:38 AM
To: litowitz@gmail.com

I was not retained on the matter involving your issues.

Harry Shapiro, Esq.
Smith & Shapiro
116 East 27th Street, 3rd Floor
New York, New York. 10016
(212) 685-6400

On Thursday, August 6, 2020 Dlitowit <litowitz@gmail.com> wrote:
> Mr. Shapiro,
>
> I understand that you may be the attorney for Joel Schreiber and Waterbridge. I have a class action in the ND on which I served a non-party subpoena on Waterbridge for documents (or a statement) regarding their involvement in the Carillon Tower / Chicago matter. Can you confirm if you represent Waterbridge. The answer is due on the 10th. Let me know and I will send the subpoena and proof of service.
>
> Best,
>
> Doug Litowitz
> 312-622-2848

**Dlitowit** <litowitz@gmail.com>     Thu, Aug 6, 2020 at 11:44 AM
To: HARRY SHAPIRO <yerucham@aol.com>

Ok, thanks.

Sent from my iPhone
[Quoted text hidden]