IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Lina Dou, on behalf of herself** | ) | |
| **and all others similarly situated,** | ) | |
| Plaintiffs, | ) | No.: 1: 18-cv-07865 |
| | ) | |
| v. | ) | |
| | ) | **Judge Hon. Kocoras** |
| **Carillon Tower/Chicago LP;** | ) | **Magistrate Young Kim** |
| **Forefront EB-5 Fund (ICT) LLC;** | ) | |
| **Symmetry Property Development II LLC;** | ) | |
| **and Jeffrey L. Laytin** | ) | |
| Defendants. | ) | |

**ORDER**

This matter coming to be heard on Plaintiff's Motion to Declare Contempt against Waterbridge Capital LLC for Failure to Answer Non-Party Subpoena under Fed. R. Civ. P. 45(g), the Court having found that Waterbridge Capital LLC was properly served with a subpoena and refused to respond, IT IS HEREBY ORDERED THAT:

1) Waterbridge Capital LLC is in contempt for failure to respond to the subpoena served on them in this action.

2) This order of contempt may be enforced by a federal court having jurisdiction over the area where Waterbridge Capital LLC has its principal place of business.

3) Waterbridge Capital can nullify this contempt by complying with the subpoena and paying Plaintiffs' counsel the cost of enforcing such compliance.

_____

**Magistrate Judge Kim**