# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Lina Dou, et al.

                          Plaintiff,

v.                                                 Case No.: 1:18−cv−07865
                                                           Honorable Charles P. Kocoras

Carillon Tower/Chicago LP, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 11, 2020:

    MINUTE entry before the Honorable Young B. Kim: Plaintiffs' motion for an order of contempt against a subpoena respondent [263] is denied without prejudice because this court lacks jurisdiction to rule on the motion. Appearance on August 17, 2020, is not required to present this motion. According to the motion, Plaintiffs served a subpoena on Waterbridge Capital LLC ("WCL") in New York, New York, for discovery materials. Pursuant to Rule 45(c)(2), the place of WCL's compliance is in New York, not Illinois. Further, pursuant to Rule 45(d)(2)(i), Plaintiffs must file their motion with the court for the district where compliance is required. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.