**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Lina Dou, et al.

                                     Plaintiff,

v.                                                                  Case No.: 1:18−cv−07865
                                                                 Honorable Charles P. Kocoras

Carillon Tower/Chicago LP, et al.

                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 11, 2020:

      MINUTE entry before the Honorable Young B. Kim: Plaintiffs' motion to modify subpoena [266] is granted. Enter Memorandum Opinion and Order. Subpoena Respondent Waterbridge Capital LLC is ordered to respond to Plaintiffs' subpoena in New York (unless it emails the responsive documents to Plaintiffs) by September 25, 2020. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.