**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Lina Dou, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 18-CV-07865 |
| | ) | |
| v. | ) | Judge Charles P. Kocoras |
| | ) | Magistrate Judge Young B. Kim |
| Carillon Tower/ Chicago LP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER ON MOTION FOR PRELIMINARY APPROVAL**

This matter is before the Court on the Parties' Joint Motion for Preliminary Approval of Class Settlement (ECF #298). The Court held a Preliminary Approval Hearing on December 3, 2020, with counsel for both Plaintiffs and Defendants present. Based on the Joint Motion and attached materials, and presentations of counsel at the hearing, IT IS HEREBY ORDERED:

1.      The Parties' Joint Motion for Preliminary Approval of Class Settlement (ECF #298) is GRANTED.

2.      The Court makes a preliminary determination that the Settlement Agreement (ECF #298-1), which provides for a full refund to all Plaintiffs who do not opt out of the class of their Capital Contribution ($500,000) and Administrative Fee ($50,000) paid to the Carillon Tower project, pursuant to the terms and conditions of the Settlement Agreement, is fair, reasonable and in the best interests of the class.

3.      The Court also APPROVES the form and content of the Notice To Class (ECF #298-3) and the Opt-Out Form (ECF #298-4).

4      Notice to Class shall issue no later than December 8, 2020, to be followed by a 45-day Settlement Class Notice Period as stipulated in the Settlement Agreement.

5.      Pursuant to the terms of the settlement agreement, Defendants shall provide a list of all known physical addresses and email addresses for each class member to class counsel no later than close of business December 7, 2020.

6.      The final approval hearing in this matter is set for February 4, 2021, at 11:00 a.m. in Room 2325 of the District Court of the Northern District of Illinois, before the Hon. Charles P. Kocoras.

7.      No later than December 8, 2020, Defendants shall establish an escrow account with a title insurance company for the purpose of holding the settlement funds and Release documents, pursuant to the terms of the settlement agreement.

8.      The Court further finds that Plaintiffs' counsel Glen J. Dunn & Associates and Douglas Litowitz are qualified and competent to serve as class counsel.  The Court hereby approves of and appoints them as Class Counsel in this matter.

9.      The stay pending settlement previously entered in this matter shall continue until further order of Court.

ENTERED:

_____
Hon. Judge Charles P. Kocoras

DATED: 12/3/2020