IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Lina Dou, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 18-CV-07865 |
| | ) | |
| v. | ) | Judge Charles P. Kocoras |
| | ) | Magistrate Judge Young B. Kim |
| Carillon Tower/ Chicago LP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT JUDGMENT

This Judgment enforces the "Defendants" payment obligation under the Settlement Agreement at Dkt#301-2, finally approved by this Court at Dkt#304.

| | |
|---|---|
| Judgment Amount: | $27,500,000.00 (Twenty-Seven Million Five Hundred Thousand Dollars). |
| Interest until Paid in Full: | Statutory rate established at 18 U.S.C. §1961. |
| Judgment Creditors: | "Plaintiff Class" (Dkt#301-1) consisting of 50 persons. |
| Judgment Debtors: | "Defendants" under the Settlement Agreement (Dkt#301-2) are liable jointly and severally: Carillon Tower/Chicago LP; Forefront EB5 Fund (ICT) LLC; Symmetry Property Development II LLC; Jeffrey L. Laytin; and Jason Wei Ding. |
| Finality: | This judgment is unconditional, final, and not subject to collateral attack on jurisdictional, procedural or substantive grounds. The payment obligation is due upon entry. There is no stay of enforcement. This is not a consumer debt. |

**IT IS SO ORDERED:**

Dated: September 19, 2022

*Charles P. Kocoras*
Hon. Judge Charles Kocoras

Signature of Judgment Debtors follows and are incorporated into this Judgment

## DECLARATION AND CERTIFICATION

I, Jeffrey L. Laytin, certify that I am the duly appointed representative and agent of defendants Carillon Tower/Chicago LP, Forefront EB5 Fund (ICT) LLC, and Symmetry Property Development II LLC in the above-entitled action. I declare that myself and the above-named entities and Jason Wei Ding are indebted jointly and severally to the Plaintiff Class in the amount set forth in the foregoing Consent Judgment.

Jeffrey L. Laytin

## DECLARATION AND CERTIFICATION

I, Jason Wei Ding, certify that I am the duly appointed and authorized representative and agent of defendants Carillon Tower/Chicago LP, Forefront EB5 Fund (ICT) LLC, and Symmetry Property Development II LLC. I declare that myself and the above-named entities and Jeffrey L. Laytin are indebted jointly and severally to the Plaintiff Class in the amount set forth in the foregoing Consent Judgment.

Jason Wei Ding