## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Lina Dou, et al.

                                              Plaintiff,

v.                                                               Case No.: 1:18−cv−07865
                                                                               Honorable Charles P. Kocoras

Carillon Tower/Chicago LP, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 28, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras: Telephonic motion hearing held. Defendants' motion to clarify order of February 9, 2023 [497] is denied. Plaintiffs' motion to compel [498] is granted in part as stated in open court and the request for sanctions is denied without prejudice. Plaintiffs' motion for writ of execution on certain of defendants' nonexempt asset streams pursuant to FED. R. CIV. P. 64, 69 & 735 ILCS 5/2−1402 [504] is entered and briefed as follows: Defendants' response is due by 3/14/23. Parties are to meet and confer consistent with court's directives as stated in open court. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.